UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA LEWIS,

                Plaintiff,

-against-

HEALY KIA; VINCE'S AUTO BODY WORKS MILFORD CHRYSLER; HUDSON VALLEY CHRYSLER DODGE JEEP RAM NEWBURGH; RICK'S AUTOMOTIVE,

                Defendants.

24 CIVIL 4504 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 25, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 7, 2025
           New York, New York

                                          /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                    Chief United States District Judge